UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GARCIA LOPEZ,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-510 (FAB)<br><br>VIOLATIONS:<br>18 U.S.C. §2422 (b)<br>18 U.S.C. §2423(a) & (f)<br>18 U.S.C. § 2252A(a)(2) & (b)(1)<br><br>THREE COUNTS & TWO<br>FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Coercion and Enticement of a Minor**
Title 18, United States Code, Section 2422(b)

From in or about May 2025 through in or about June 2025, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL ANGEL GARCIA LOPEZ,**

the defendant herein, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, that is, a 13-year-old female minor, to engage in any sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO
**Transportation of a Minor with Intent to Engage
in Criminal Sexual Activity/Attempt**
Title 18, United States Code, Section 2423(a) & (f)

In or about June 2025, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL ANGEL GARCIA LOPEZ,**

**MIGUEL ANGEL GARCIA LOPEZ,**

the defendant herein, did knowingly attempt to transport an individual whom the defendant believed to be a 13-year-old female minor, in a commonwealth, territory or possession of the United States, with intent that the female individual engages in any sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2423(a) & (f).

## COUNT THREE
### Receipt of Child Exploitation Material
(Title 18, United States Code, Section 2252A(a)(2) & (b)(1))

From in or about May 2025 through in or about June 2025, in the District of Puerto Rico, and within the jurisdiction of this Court,

**MIGUEL ANGEL GARCIA LOPEZ,**

the defendant herein, did knowingly receive, or attempted to do so, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by electronic devices, any child pornography, as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

## FORFEITURE ALLEGATIONS
(Related to Coercion & Enticement of a Minor)
Title 18, United States Code, Section 2428

For the purpose of alleging forfeiture, and pursuant to Title 18, United States Code, Section 2428, the allegation contained in COUNT ONE of this Indictment is re-alleged as if fully set forth herein.

If convicted of the offense set forth above in COUNT ONE of the Indictment,

**MIGUEL ANGEL GARCIA LOPEZ,**

the defendant herein, shall forfeit to the United States: (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense mentioned in COUNT ONE of the Indictment and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to any of the above-mentioned offense. All in violation of Title 18, United States Code, Section 2428.

### FORFEITURE ALLEGATION
(Related to Receipt of Child Exploitation Material)

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth in COUNT THREE of the Indictment,

**MIGUEL ANGEL GARCIA LOPEZ,**

the defendant herein, shall forfeit to the United States all materials or property used or intended to be used in the possession of child exploitation material, including, but not limited to, a cellular phone device. All pursuant to Title 18, United States Code, Section 2253.

W. Stephen Muldrow
United States Attorney

TRUE BILL

FOREPERSON

Date: 12/10/2025

Jenifer Y. Hernández-Vega
Chief, Child Exploitation and Immigration Unit

Elba Gorbea
Assistant United States Attorney
Child Exploitation and Immigration Unit