17 de diciembre de 2025.

**A quien pueda interesar:**

Por medio de la presente, nos permitimos extender una referencia formal sobre el **Sr. Miguel Angel García López**, así como describir la relación de confianza y las experiencias positivas que han unido a nuestra familia y, en particular, a nuestro hijo con él.

Conocemos al Sr. García desde hace aproximadamente cuatro (4) años, cuando iniciamos la búsqueda de un entrenador que pudiera desarrollar el talento de nuestro hijo ▮▮▮ en la disciplina de pista y campo. Su maestro de Educación Física había identificado aptitudes destacadas y nos recomendó fomentar su desarrollo deportivo. El Sr. García comenzó evaluándolo durante un verano y posteriormente nos sugirió integrarlo al Club Villa Fontana, donde continuó su formación en horario vespertino, luego de cumplir con sus responsabilidades escolares.

Desde el inicio, el Sr. García demostró un notable talento para la enseñanza del atletismo, tanto en carreras de pista como de fondo. Se distingue por ser una persona dinámica, respetuosa, creativa y comprometida. Posee una amplia experiencia y un sólido conocimiento en fisiología del ejercicio y mecánica del movimiento del cuerpo humano. Su pasión por el atletismo se refleja en su capacidad para crear un ambiente inclusivo, en el que niños, jóvenes y adultos de distintas realidades se sienten motivados y valorados.

Su enfoque de trabajo es grupal y, a la vez, individualizado, ya que procura desarrollar a cada atleta según sus metas personales, ya sea aquellos que aspiran al alto rendimiento, quienes buscan mejorar su condición física o, en el caso de los más pequeños, quienes desean aprender y divertirse a través del deporte.

El Sr. García fomenta constantemente la organización de actividades especiales, particularmente en épocas como la Navidad o al cierre de las temporadas deportivas, con el propósito de reconocer tanto los logros alcanzados como el esfuerzo, el progreso y los talentos individuales de cada atleta. Su interés principal es que todos se sientan apreciados y motivados.

Asimismo, promueve activamente la integración familiar durante las prácticas y competencias. En múltiples ocasiones hemos compartido almuerzos y cenas luego de eventos deportivos, fortaleciendo los lazos entre familias y jóvenes, unidos por el deporte.

Hemos tenido la oportunidad de participar en dos viajes deportivos junto al Sr. García, motivados por su interés en brindar a nuestro hijo nuevas experiencias y retos. Dichos viajes resultaron ser vivencias sumamente positivas de crecimiento, aprendizaje y disfrute familiar.

Página **1** de **2**

De igual forma, desde hace más de un año, el Sr. García ha incorporado de manera respetuosa un espacio de dinámica grupal previo al inicio de las prácticas, al comienzo de la semana. Este espacio tiene como objetivo fomentar la interacción entre los jóvenes, invitarlos a reflexionar sobre sus propósitos en el deporte y en la vida, y ofrecerles la oportunidad de encontrar orientación y fortaleza en la Palabra de Dios. Es importante destacar que el Sr. García comunicó claramente, durante una reunión con los padres, que la participación en esta actividad es completamente voluntaria. No obstante, la mayoría de los jóvenes participa activamente, valorando este espacio como una instancia de crecimiento personal y formación en valores.

Esperamos que este testimonio sirva para reflejar la calidad humana, profesional y ética que el Sr. García representa para nuestra familia.

Atentamente,

**Ayrín Peñaloza y Celso González**
Esposos y Padres de Familia
Ingeniera Química y Salubrista Ambiental
Feligreses de la Parroquia Nuestra Señora del Carmen, Carolina
Residentes de Canóvanas, Puerto Rico

December 17, 2025

**To Whom It May Concern:**

Through this letter, we wish to extend a formal reference regarding **Mr. Miguel Angel Garcia Lopez**, as well as to describe the relationship of trust and the positive experiences that have connected our family—and in particular our son—with him.

We have known Mr. Garcia for approximately four (4) years, since we began searching for a coach who could help develop our son ███████s talent in the discipline of track and field. His Physical Education teacher had identified outstanding abilities and recommended that we encourage his athletic development. Mr. Garcia initially began evaluating him during one summer, and later suggested that he join Club Villa Fontana, where he continues his training in the afternoons after fulfilling his school responsibilities.

From the beginning, Mr. Garcia demonstrated remarkable talent in teaching athletics, both in track events and long-distance running. He stands out as a dynamic, respectful, creative, and committed individual. He possesses extensive experience and solid knowledge in exercise physiology and human movement mechanics. His passion for athletics is reflected in his ability to create an inclusive environment in which children, youth, and adults from different backgrounds feel motivated and valued.

His approach is both group-based and individualized, as he seeks to develop each athlete according to their personal goals—whether those who aspire to high-level performance, those who wish to improve their physical condition, or, in the case of younger children, those who want to learn and have fun through sport.

Mr. Garcia consistently encourages the organization of special activities, particularly during times such as Christmas or at the close of sports seasons, with the purpose of recognizing not only achievements, but also effort, progress, and the individual talents of each athlete. His primary interest is that everyone feels appreciated and motivated.

Likewise, he actively promotes family involvement during practices and competitions. On multiple occasions, we have shared lunches and dinners after sporting events, strengthening the bonds between families and young people united by sport.

We have also had the opportunity to participate in two sports-related trips together with Mr. Garcia, motivated by his interest in providing our son with new experiences and challenges. These trips proved to be extremely positive experiences of growth, learning, and family enjoyment.

*Initials* Page **1** of **2**

Likewise, for more than a year, Mr. Garcia has respectfully incorporated a space for group dynamics prior to the start of practices, at the beginning of the week. The purpose of this space is to encourage interaction among the youth, invite them to reflect on their goals in sports and in life, and offer them the opportunity to find guidance and strength in the Word of God. It is important to note that Mr. Garcia clearly communicated, during a meeting with parents, that participation in this activity is completely voluntary. Nevertheless, the majority of the young people participate actively, valuing this space as an opportunity for personal growth and values-based formation.

We hope that this testimony serves to reflect the human, professional, and ethical qualities that Mr. Garcia represents to our family.

**Sincerely,**

*signatures*

**Ayrin Peñaloza and Celso Gonzalez**
Spouses and Parents
Chemical Engineer and Environmental Health Specialist
Parishioners of Our Lady of Mount Carmel Parish, Carolina
Residents of Canóvanas, Puerto Rico

Honorable Tribunal Federal para el Distrito de Puerto Rico

A quien pueda interesar:

Por medio de la presente, deseo expresar nuestra experiencia personal con el señor Miguel A. García López, a quien conocemos desde hace aproximadamente dos (2) años. Durante este período de tiempo, nuestro hijo menor de edad (15 años) ha participado activamente en el club de atletismo escolar y en un club de atletismo fuera del ámbito escolar (Villa Fontana), en los cuales el señor Miguel A. García López se desempeña como entrenador.

EL Sr. Miguel A. Gracia López, se nos acercó en el mes de septiembre del año 2023, al observar un talento en mi hijo GGBC. Desde entonces, comenzó en el equipo de atletismo del colegio Instituto Desarrollo Del Niño (IDN) bajo la dirección de Miguel, y con el propósito de desarrollar y promover sus capacidades, lo matriculamos en el club de atletismo de Villa Fontana. Nuestra experiencia ha sido muy positiva. En el transcurso de estos dos (2) años mi hijo se ha desarrollado en el deporte, encontró un propósito y estableció metas claras, de una manera que nunca imagine. Miguel A. García López, nos abrió las puertas de un mundo que desconocíamos y nos guio en el proceso. Nos acogió y oriento para lograr explotar el potencial deportivo de mi hijo. En poco tiempo, logró con enfoque y disciplina que cualificara para viajar en dos ocasiones a representar a Puerto Rico. Como padres, hemos estado presentes y atentos al desarrollo de las actividades deportivas y al entorno en el que se llevaban a cabo. Basado en nuestra experiencia directa y en lo que hemos podido observar durante estos dos años, no hemos presenciado conductas inapropiadas, preocupantes o fuera de lugar por parte de Miguel hacia nuestro hijo ni hacia otros menores bajo su supervisión. En todo momento, su comportamiento nos pareció profesional, respetuoso y acorde con el rol que desempeñaba como entrenador. Ciertamente, él ha logrado impactar positivamente la vida de muchos jóvenes atletas.

Siempre hemos dicho que Miguel, fue una herramienta del señor en nuestras vidas y agradezco que, además de las habilidades como atleta, logro motivar a mi hijo en tantas otras áreas de la vida. Hoy, tiene una meta, un propósito y ha mejorado sus habilidades interpersonales; eso y más le debemos a Miguel A. García López.

Respetuosamente

Gyndrishka Camacho Figueroa

Honorable Federal Court for the District of Puerto Rico

To Whom It May Concern:

Through this letter, I wish to express our personal experience with Mr. Miguel A. Garcia Lopez, whom we have known for approximately two (2) years. During this period, our minor son (15 years old) has actively participated in the school track and field club and in a track and field club outside the school setting (Villa Fontana), in which Mr. Miguel A. Garcia Lopez serves as a coach.

Mr. Miguel A. Garcia Lopez approached us in September of 2023 after observing talent in my son, GGBC. Since then, he joined the track and field team at the Instituto Desarrollo del Niño (IDN) under Miguel's direction, and for the purpose of developing and promoting his abilities, we enrolled him in the Villa Fontana track and field club. Our experience has been very positive. Over the course of these two (2) years, my son has developed in the sport, found a sense of purpose, and established clear goals in a way I never imagined.

Miguel A. Garcia Lopez opened the doors to a world we were unfamiliar with and guided us through the process. He welcomed and advised us on how to fully develop my son's athletic potential. In a short period of time, through focus and discipline, he enabled him to qualify to travel on two occasions to represent Puerto Rico. As parents, we have been present and attentive to the development of the athletic activities and the environment in which they took place.

Based on our direct experience and what we have been able to observe over these two years, we have not witnessed any inappropriate, concerning, or improper conduct by Miguel toward our son or toward other minors under his supervision. At all times, his behavior appeared professional, respectful, and consistent with his role as a coach. Indeed, he has positively impacted the lives of many young athletes.

We have always said that Miguel was a tool of the Lord in our lives, and I am grateful that, in addition to athletic skills, he was able to motivate my son in so many other areas of life. Today, he has a goal, a purpose, and has improved his interpersonal skills; for that and more, we are indebted to Miguel A. Garcia Lopez.

Respectfully

*s/signature*
*Gyndrishka Camacho Figueroa*

Tribunal Federal para el Distrito de Puerto Rico

Honorable juez;

Con mucho respeto, me gustaría compartir mi experiencia con el entrenador Miguel A. García López y cómo ha impactado positivamente mi vida y la de mi hijo.

Desde que conocí a Miguel A. García López, he quedado impresionada por su amabilidad, profesionalismo y dedicación. El talento de mi hijo fue descubierto por Miguel en unas competencias escolares. Recuerdo muy bien cuando se comunicó conmigo y me dijo: "Su hijo hizo un tiempo muy bueno sin tener un entrenador ni experiencia. Estoy seguro de que, con un buen entrenamiento, puede lograr excelentes tiempos y sobresalir en cada competencia." Gracias a esa llamada, conocí el mundo del atletismo; ha sido lo mejor que nos ha pasado.

La habilidad de Miguel para hacer que los atletas se sientan confiados propició que se convirtiera en el entrenador de atletismo de mi hijo, tanto en su colegio IDN (Instituto Desarrollo del Niño) como fuera de él, para el club Villa Fontana.

Con el tiempo, mi hijo, que antes era un joven tímido y callado, se transformó en un joven seguro, líder, motivador, saludable y obsesionado con corregir y ayudar a los demás atletas a mejorar sus técnicas, tal como lo enseñó Miguel. Su apoyo y guía han sido invaluables, y estoy agradecida de haber tenido la oportunidad de interactuar con alguien tan talentoso y profesional.

En conclusión, quiero expresar mi agradecimiento por la influencia positiva de Miguel en mi vida y la de mi hijo. Estoy segura de que seguirá haciendo una diferencia notable en la vida de aquellos que lo rodean.

Gracias por tomarse el tiempo de leer mi carta.

Respetuosamente,

Jackeline Y. Reyes Bultrón

Federal Court for the District of Puerto Rico

Honorable Judge:

With great respect, I would like to share my experience with coach Miguel A. Garcia Lopez and how he has positively impacted my life and that of my son.

Since I met Miguel A. Garcia Lopez, I have been impressed by his kindness, professionalism, and dedication. My son's talent was discovered by Miguel at school competitions. I clearly remember when he contacted me and said, "Your son ran a very good time without having a coach or experience. I am sure that with proper training, he can achieve excellent times and stand out in every competition." Thanks to that call, I discovered the world of athletics; it has been the best thing that has happened to us.

Miguel's ability to make athletes feel confident led him to become my son's track and field coach, both at his school, IDN (Instituto Desarrollo del Niño), and outside of school at the Villa Fontana club.

Over time, my son—who was previously a shy and quiet young man—transformed into a confident, healthy leader and motivator, eager to correct and help other athletes improve their techniques, just as Miguel taught him. His support and guidance have been invaluable, and I am grateful to have had the opportunity to interact with someone so talented and professional.

In conclusion, I would like to express my gratitude for Miguel's positive influence in my life and in my son's. I am confident that he will continue to make a meaningful difference in the lives of those around him.

Thank you for taking the time to read my letter.

Respectfully,

*s/signature*

Jackeline Y. Reyes Bultron

16 de diciembre de 2025

A quien pueda interesar:

Yo Jennifer Ledesma Pérez vecina del pueblo de Carolina, con 40 años conozco personalmente al Sr. Miguel Ángel García López. Lo conozco desde el año 2019 hasta el presente, en calidad de: colega, entrenador, amigo y atleta. Durante este tiempo he sido testigo de su compromiso excepcional con el deporte como herramienta de formación integral y su dedicación incansable al entrenamiento de jóvenes tanto de residenciales públicos como instituciones privadas y públicas del sistema educativo de Puerto Rico. Miguel Ángel García ha invertido su vida en crear espacios seguros y disciplinados donde el deporte se convierte en vehículo de valores: responsabilidad, trabajo en equipo, respeto y perseverancia. En múltiples ocasiones, ha organizado y dirigido entrenamientos y clínicas deportivas que no solo elevan el rendimiento físico, sino que también fortalecen la autoestima y las metas académicas de los atletas.

Miguel Ángel García López además de su competencia técnica en el deporte del atletismo demuestra una ética profesional impecable. Mantiene una comunicación respetuosa con familias y líderes comunitarios, cumple con protocolos de seguridad y bienestar, y prioriza el desarrollo integral de cada joven, especialmente aquellos que enfrentan retos socioeconómicos. Su liderazgo inspira, su ejemplo guía y su presencia suma. Miguel Ángel García López ha formado parte fundamental en la preparación deportiva de mi hija de 16 años ▮▮▮▮▮▮▮▮▮ desde que ella tenía 12 años. Gracias a su dedicación y compromiso, mi hija ▮▮▮▮ ha podido desarrollarse como atleta y alcanzar importantes logros en su carrera.

Durante este tiempo, Miguel Ángel no solo se encargó de su entrenamiento, sino que también la acompañó en diversas competencias internacionales, brindándole apoyo y orientación en cada etapa. Su esfuerzo y profesionalismo han sido clave para el crecimiento deportivo y personal de mi hija.

En virtud de lo anterior, reconozco y admiro la labor del Sr. Miguel Ángel y su impacto positivo en la trayectoria deportiva de mi hija ▮▮▮▮▮▮▮ Siempre lo he recomendado para cualquier función relacionada con la preparación y acompañamiento de atletas, con la plena confianza de que demostrará el mismo nivel de excelencia y compromiso.

Quedo a su disposición para ampliar cualquier información que consideren pertinente.

Atentamente,

Jennifer Ledesma Pérez

Escaneado con CamScanner

December 16, 2025

To Whom It May Concern:

I, Jennifer Ledesma Pérez, a resident of the town of Carolina, 40 years old, personally know Mr. Miguel Ángel García López. I have known him since 2019 to the present in the capacities of colleague, coach, friend, and athlete. During this time, I have witnessed his exceptional commitment to sports as a tool for holistic development and his tireless dedication to training young people from both public housing communities and private and public institutions within the Puerto Rican education system.

Miguel Ángel García has devoted his life to creating safe and disciplined spaces where sports become a vehicle for values such as responsibility, teamwork, respect, and perseverance. On multiple occasions, he has organized and led training sessions and sports clinics that not only enhance physical performance but also strengthen athletes' self-esteem and academic goals.

In addition to his technical expertise in athletics, Miguel Ángel García López demonstrates impeccable professional ethics. He maintains respectful communication with families and community leaders, follows safety and wellness protocols, and prioritizes the holistic development of each young person, especially those facing socioeconomic challenges. His leadership inspires, his example guides, and his presence adds value.

Miguel Ángel García López has played a fundamental role in the athletic development of my 16-year-old daughter, ███████████████, since she was 12 years old. Thanks to his dedication and commitment, ███████ has been able to grow as an athlete and achieve significant milestones in her career.

During this time, Miguel Ángel not only oversaw her training but also accompanied her to various international competitions, providing support and guidance at every stage. His effort and professionalism have been key to my daughter's athletic and personal growth.

In light of the above, I recognize and admire Mr. Miguel Ángel's work and his positive impact on ███████████████ athletic journey. I have always recommended him for any role related to the training and mentorship of athletes, with full confidence that he will demonstrate the same level of excellence and commitment.

I remain at your disposal to provide any additional information you may deem pertinent.

Sincerely,

*s/signature*

Jennifer Ledesma Pérez

Scanned with CamScanner

Carolina, PR. 00985

A quien pueda interesar:

Reciba un cordial saludo.

Por medio de la presente, yo Carry Reyes Delgado, líder comunitaria de la Comunidad Res. Lagos de Blasina, ubicada en Carolina, Puerto Rico, comparezco respetuosamente para hacer constar que conozco al Sr. Miguel A. García López desde su niñez.

Durante varios años me desempeñé como técnica de deporte de la comunidad residencial Lagos de Blasina, en Carolina, PR. y en ese tiempo tuve la oportunidad de conocer de cerca al Sr. Miguel A. García López, constatando siempre que fue y ha sido una persona recta, respetuosa y comprometida, destacándose desde temprana edad por su buena conducta y su interés genuino en el deporte y el bienestar de su comunidad.

Me consta que, aun en la actualidad, el Sr. Miguel A. García López continúa colaborando de manera voluntaria cada vez que le es posible, especialmente apoyando actividades comunitarias como las Carreras del Pavo, sin recibir recompensa alguna. Este gesto habla claramente de su buena voluntad, sentido de responsabilidad y compromiso con la niñez, la juventud y la comunidad que lo vio crecer.

Por todo lo antes expuesto, considero que el Sr. Miguel A. García López es una persona de buen carácter moral, con valores sólidos y un profundo sentido de servicio comunitario.

Extiendo la presente para los fines que estime pertinentes, confiando en que esta información pueda ser tomada en consideración.

Sin otro particular, quedo a su disposición.

Cordialmente,

*Carry Reyes Delgado*

**Carry Reyes Delgado**
Líder Comunitaria
Comunidad **Res. Lagos de Blasina**
Teléfono: ███████████

**Carolina, PR 00985**

To Whom It May Concern:

Warm greetings.

Through this letter, I, Carry Reyes Delgado, a community leader of the Lagos de Blasina Residential Community, located in Carolina, Puerto Rico, respectfully appear to state that I have known Mr. Miguel A. Garcia Lopez since his childhood.

For several years, I served as a community sports technician for the Lagos de Blasina residential community in Carolina, PR, and during that time I had the opportunity to know Mr. Miguel A. Garcia Lopez closely, consistently observing that he was and continues to be an upright, respectful, and committed individual, standing out from an early age for his good conduct and his genuine interest in sports and the well-being of his community.

I can attest that, even at present, Mr. Miguel A. Garcia Lopez continues to collaborate on a voluntary basis whenever possible, especially by supporting community activities such as the "Turkey Runs," without receiving any compensation. This gesture clearly reflects his goodwill, sense of responsibility, and commitment to children, youth, and the community in which he was raised.

For all of the foregoing, I consider Mr. Miguel A. Garcia Lopez to be a person of good moral character, with solid values and a deep sense of community service.

I issue this letter for whatever purposes may be deemed appropriate, trusting that this information may be taken into consideration.

Without further comment, I remain at your disposal.

**Sincerely,**

*s/signature*

Carry Reyes Delgado
Community Leader
**Lagos de Blasina Residential** Community
Telephone: ████████

# INSTITUTO DE DESARROLLO DEL NIÑO (IDN)

Calle Demetrio O. Daly #1050, Country Club, San Juan, PR
Tel. 787-752-8012 I www.institutodesarrollo.com

**A QUIEN PUEDA INTERESAR:**

Por medio de la presente, hago constar que el Sr. **Miguel Ángel García López** laboró en el **Instituto de Desarrollo del Niño (IDN)** desempeñándose como **entrenador de pista y campo**. Durante el tiempo en que estuvo vinculado laboralmente a nuestra institución, el Sr. García López cumplió con las responsabilidades asignadas de manera **puntual y responsable**, manteniendo una conducta **profesional y respetuosa** dentro del entorno institucional. En el ejercicio de sus funciones, **no se recibieron querellas, señalamientos ni observaciones** relacionadas con conductas impropias, inapropiadas o contrarias a las normas y valores que rigen nuestra institución. Es importante aclarar que esta comunicación se limita estrictamente a mi experiencia y observación directa en el ámbito laboral dentro del IDN, y **no constituye opinión, juicio ni valoración alguna** sobre los asuntos que actualmente se ventilan ante los tribunales, los cuales corresponden exclusivamente a las autoridades judiciales competentes. La presente se emite a solicitud de la representación legal del Sr. García López, para los fines que estime pertinentes.

Atentamente,

**Ramón López Sierra**
Presidente
Instituto de Desarrollo del Niño (IDN)

**INSTITUTE FOR CHILD DEVELOPMENT (IDN)**

Demetrio O. Daly Street #1050, Country Club, San Juan, PR
Tel. (Redacted) / www.institutodesarrollo.com

**TO WHOM IT MAY CONCERN:**

Through this letter, I hereby certify that **Mr. Miguel Angel Garcia Lopez** worked at the **Institute for Child Development (IDN)** serving as a **track and field coach**. During the time he was employed with our institution, Mr. Garcia Lopez fulfilled his assigned responsibilities in a **punctual and responsible** manner, maintaining **professional and respectful** conduct within the institutional environment.

In the performance of his duties, **no complaints, allegations, or observations were received** related to improper, inappropriate, or behavior contrary to the rules and values governing our institution.

It is important to clarify that this communication is strictly limited to my direct experience and observation within the workplace at IDN and **does not constitute an opinion, judgment, or evaluation** regarding any matters currently before the courts, which fall exclusively under the jurisdiction of the competent judicial authorities.

This letter is issued at the request of the legal representation of Mr. Garcia Lopez for any purposes they may deem appropriate.

**Sincerely,**

*S/signature*

**Ramón López Sierra**

President

Institute for Child Development (IDN)

Diciembre 16, 2025

A quien pueda interesar:

Carta de Recomendación

Por medio de la presente, deseo expresar mi recomendación a favor del joven Miguel López García, a quien conozco personalmente desde hace aproximadamente dos (2) años.

Durante el tiempo que he tenido la oportunidad de conocer a Miguel, he podido observar consistentemente que es un joven servicial, respetuoso, educado y humilde, con un genuino interés por aportar positivamente a quienes le rodean, en especial a la juventud. Su conducta ha reflejado valores sólidos y un compromiso sincero con el bienestar de los demás.

Miguel tuvo la oportunidad de entrenar a mi hijo por un tiempo, y la relación que se desarrolló entre ellos fue siempre sana y cercana, llegando a ser como una relación

de hermanos, basada en el respeto, el apoyo y el buen ejemplo.

Así mismo, he tenido el privilegio de pastorear a Miguel, y en ese contexto he sido testigo de su diligencia y compromiso con su vida espiritual. Ha mostrado disposición para aprender, crecer y vivir conforme a principios morales y espirituales, evidenciando un carácter responsable y una actitud de superación personal.

Por todo lo antes expuesto, considero que Miguel López García es una persona de buen carácter, con valores firmes y una influencia positiva en su entorno. Presento esta carta con total honestidad y respeto, confiando en que pueda ser considerada de manera justa.

Atentamente,

José Luis Cotto Rios

Rol: Pastor de jóvenes

Teléfono: █████████

Correo electrónico: █████████████

**December 16, 2025**

**To Whom It May Concern:**

**Letter of Recommendation**

Through this letter I express my recommendation for Mr. Miguel López García, whom I have personally known for approximately two (2) years.

During the time I have had the opportunity to know Miguel, I have consistently observed that he is a helpful, respectful, polite, and humble young man, with a genuine interest in positively contributing to those around him, especially youth. His conduct reflects solid values and a sincere commitment to the well-being of others.

Miguel had the opportunity to coach my son for a period of time, and the relationship that developed between them was always healthy and close, becoming like that of brothers, based on respect, support, and leading by example.

Additionally, I have had the privilege of shepherding Miguel, and in that context, I have witnessed his diligence and commitment to his spiritual life. He has shown a willingness to learn, grow, and live according to moral and spiritual principles, demonstrating a responsible character and a proactive attitude toward personal development.

For all the reasons stated above, I consider Miguel López García to be a person of good character, with strong values and a positive influence on his surroundings. I present this letter with complete honesty and respect, trusting that it will be considered fairly.

**Sincerely,**

José Luis Cotto Rios
Role: Youth Pastor
Phone: ████████████
Email: ████████████████

Buenas Tardes

Por este medio yo Arlene Tanco
declaro lo Siguiente

El Sr. Miguel A. Garcia Lopez
entrenador de atletismo y coach del
colegio donde estudia mi hija, el tiempo
que lo conosco que han sido durante
8 años nunca ha habido ninguna conducta
impropia hacia mi hija ███████████
que tiene 16 años. Espero que esto les
sirva de cooperación y de gran ayuda
Para Miguel A. Garcia Lopez.

Att
Arlene Tanco Cordero

Good afternoon.

Through this means, I, Arlene Torres, declare the following:

Mr. Miguel A. Garcia Lopez, a track and field trainer and coach at the school where my daughter studies, during the time I have known him—which has been for 8 years—there has never been any improper conduct toward my daughter, ███████████, who is 16 years old. I hope this serves as cooperation and is of great help to Miguel A. Garcia Lopez.

Attention:

Arlene Torres

martes 16 de diciembre del 2025

Aquien pueda interesar

Yo Kiara Vizcarrondo conozco a Miguel desde la infancia como compañero del equipo Club Villa fontana. Es una persona muy querida y amada por muchos por su forma de ser, siempre estaba al pendiente si uno necesitaba ayuda para brindar la mano, Nunca dejaba de tener un corazón tan bueno que ayudaba hasta los animales de la calle. Siempre quizo ser un buen entrenador para ayudar a los niños a tener un buen futuro en el deporte, Al cual se desempeño como maestro de Atletismo, y aqui todos lo amamos es muy dado a su profesion y es nuestro consejero. Tengo 3 niños los cuales mis hijos aman a Miguel como un tio para ellos, ademas es nuestro vecino hace 4 años y jamas le ha faltado el respeto a nadie es de tan buen corazón que le encanta compartir la palabra de Dios con todos y ponerlo de primero en todas las cosas. Siempre iva a la iglesia y lo que aprendia ese dia lo compartia con una sonrisa. El le encantaba su profesion que siempre que podia se educaba más para mejorar de nivel y preparar a sus atletas a nivel universitario y Olimpico, Es un buen ser humano y super humilde que llenaba a todos de Alegria.

Kiara M. Vizcarrondo Salgado

To Whom It May Concern:

I, Kiara Vizcarrondo, have known Miguel since childhood as a teammate on the Club Villa Fontana team. He is a person very loved and cherished by many for his kind nature. He was always attentive and willing to help anyone in need, never failing to show his big heart— even helping street animals.

He has always wanted to be a good coach to help children have a bright future in sports, to which he has worked as an athletics teacher and here, we all love him—he is very dedicated tohis profession and serves as our advisor. I have three children, and they love Miguel like an uncle. Additionally, he has been our neighbor for four years, and he has never disrespected anyone. He has such a good heart that he loves sharing the word of God with everyone and prioritizes it in all aspects of life.

He always attended church, and what he learned there, he shared with a smile. He loved his profession so much that he continually sought to educate himself further to improve his skills and prepare his athletes for university and Olympic-level competition. He is a good human being, very humble, and brings joy to everyone around him.

Kiara M. Vizcarrondo Salgado

Diciembre /16/2025

Aquien pueda interesar

Yo Luis Cruz soy amigo de Miguel desde escuela intermedia, al igual que compañero del club villa Fontana. Desde que lo conozco es una persona muy alegre y querido por muchos siempre estaba ayudando a los demas en lo que necesitaban. Siempre fue muy respetuoso con todos y no le gustaban los problemas. Con su profesion de maestro de atletismo siempre la tomo muy enserio buscaba como mejorar y seguir aprendiendo para ayudar a sus atletas, Los ayudaba a desarrollar su potencial y aconsejaba ya que era un proceso de disiplina todos los respetaban y querian mucho. El es una persona que estaba en los caminos del señor, muy creyente que trataba de ponerlo primero en todo. Es vecino mio hace 4 años y jamas le a faltado el respeto a nadie tengo hijos que lo aman mucho como un tio es una persona con tan buen corazón.

Luis R Cruz Rivera

December/16/2025

To Whom It May Concern:

I, Luis Cruz, have been friends with Miguel since middle school, and we were also teammates at Club Villa Fontana. Since I've known him, he has always been a very cheerful person, well-loved by many, and always willing to help others in any way he could. He has always been very respectful to everyone and avoids conflict.

He takes his profession as an athletics teacher very seriously. He constantly sought ways to improve and continue learning to better support his athletes, helping them develop their potential and providing guidance, as it is a process that requires discipline. Everyone respected him and cared for him greatly.

Miguel is a person who follows the ways of the Lord, very faithful, and strived to put God first in all things. He has been my neighbor for four years and has never disrespected anyone. I have children who love him dearly like an uncle—he is a person with a very kind heart.

 Luis R Cruz Rivera

(Tel. num. redacted)



Mi nombre es ████ ████ soy atleta y formo parte de Villa fontana junto a Miguel Angél García y tengo █ años.

Escribo esta carta para contar mi experencia con mi entrenador de atletismo, con quien he entrenado por 6 años.

Durante todo ese tiempo, él nunca me faltó el respeto ni me trató de manera incorrecta. Siempre fue respetuoso, amable y profesional conmigo y con todo el equipo Gracias a él, logre mejorar mis marcas como atleta y también me ayudó a conseguir una beca, lo cual fue muy importante para mí y me daba consejos para mejorar, tanto en el deporte como en lo personal.

Salí con el fuera de la pista junto a mi papá y fue lo mejor. Nuestra comunicación siempre fue buena y sana. Siempre nos hacia reir, y nos apoyaba en todo. Nunca hubo nada inapropiado.

Nuestro equipo siempre fue como una familia. Habia respeto, confianza y apoyo entre todos, él era una persona espeical para mi y siempre lo sera.

Espero esto les sirva de mucha ayuda.

Att; ████ ████ ██ ████

Jueves, 18 de diciembre de 2025

My name is ███████ ███. I am an athlete and part of Villa Fontana alongside Miguel Angel Garcia, and I am ██████ old. I am writing this letter to share my experience with my athletics coach, with whom I have trained for six years.

During all this time, he never disrespected me or treated me inappropriately. He has always been respectful, kind, and professional with me and with the entire team. Thanks to him, I was able to improve my athletic performance, and he also helped me secure a scholarship, which was very important to me. He gave me advice to improve both in sports and personally.

I went out with him outside of the track together with my dad, and it was the best. Our communication has always been good and healthy. He always made us laugh and supported us in everything. There was never anything inappropriate. Our team has always been like a family—there was respect, trust, and support among everyone. He has been a special person to me and always will be.

I hope this serves as great help.

Sincerely,

███████ ████████

Thursday, December 18, 2025

Carolina, PR.
16 de diciembre de 2025

A quien pueda interesar:

Reciba un respetuoso saludo.

Por medio de la presente, yo Miliza López Díaz, madre del Sr. Miguel A. García López, comparezco para expresar mi testimonio con relación a su carácter y conducta a lo largo de su vida.

Desde su niñez Miguel A. García López, demostró un marcado interés por el deporte del atletismo, disciplina por la cual trabajó con esfuerzo, constancia y dedicación, logrando completar su carrera universitaria en la Universidad de Puerto Rico, Recinto de Río Piedras. Este logro es reflejo de su disciplina, perseverancia y compromiso con sus metas.

Mi hijo ha sido siempre un hombre de fe, cristiano, comprometido tanto con su profesión como con los valores que le fueron inculcados en el hogar. Se ha caracterizado por ser una persona solidaria, siempre dispuesta a ayudar a todo aquel que se le acerca, sin esperar nada a cambio.

Cabe destacar que, de manera desinteresada, apoyó a niños de escasos recursos del residencial, incluyendo el transporte, el pago de cuotas y la compra de uniformes, con el firme propósito de mantenerlos enfocados en el deporte y guiarlos por el buen camino, promoviendo que sean personas de bien y de provecho para el futuro.

Como hijo y hermano, siempre ha sido respetuoso, cooperador, humilde y responsable, demostrando valores sólidos en todo momento. Como madre, me siento profundamente orgullosa de los triunfos alcanzados por mi hijo y confío plenamente en su integridad y buen proceder.

Extiendo la presente para los fines que estime pertinentes.

Atentamente,

**Miliza López Díaz**
Madre del Sr. Miguel A. García López
Teléfono: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮

Carolina, P.R.

December 16, 2025

To Whom It May Concern:

Please receive my respectful greetings.

Through this letter, I, Miliza Lopez Díaz, mother of Mr. Miguel A. Garcia Lopez, wish to provide my testimony regarding his character and conduct throughout his life.

Since his childhood, Miguel A. Garcia Lopez has shown a strong interest in athletics, a discipline in which he has worked with effort, consistency, and dedication, ultimately completing his university studies at the University of Puerto Rico, Río Piedras Campus. This achievement reflects his discipline, perseverance, and commitment to his goals.

My son has always been a man of faith, a Christian, committed both to his profession and to the values instilled in him at home. He is known for being a supportive person, always willing to help anyone who approaches him without expecting anything in return.

It is worth noting that, selflessly, he has supported underprivileged children from public housing communities, including providing transportation, paying fees, and purchasing uniforms, with the firm purpose of keeping them focused on sports and guiding them on the right path, encouraging them to become responsible and valuable individuals for the future.

As a son and brother, he has always been respectful, cooperative, humble, and responsible, demonstrating solid values at all times. As his mother, I am deeply proud of the achievements my son has reached, and I have full confidence in his integrity and good conduct.

I extend this letter for any purposes you may deem appropriate.

Sincerely,

*s/signature*

Miliza López Díaz

Mother of Mr. Miguel A. García López

Tel (redacted)

Email (Redacted)

A quien corresponda:

Buenos días, por este medio deseo expresarme sobre el carácter de Miguel Angel Garcia Lopez, a quien conozco como entrenador de atletismo y como persona.

Como entrenador, Miguel se ha distinguido por su compromiso, disciplina y desarrollo de sus atletas. Su enfoque va más allá del rendimiento deportivo. El enseña valores, responsabilidad, perseverancia, respeto y trabajo en equipo. Siempre ha demostrado dedicación al bienestar físico y emocional de sus atletas. Siempre ha promovido un ambiente seguro con disciplina.

En lo personal, Miguel es una persona integra, respetuosa y con mucha empátia. Se caracteriza por su disposición de ayudar a los demás. Ha tenido un impacto positivo para los jóvenes y sus padres, brindando orientación y apoyo. Su conducta refleja lo que enseña y como vive.

En los 4 años que lo conozco, nunca he observado comportamiento que contradiga los valores que el enseña. Ha demostrado ser una persona responsable, confiable, estricto y muy conciente del impacto que tiene en la vida de sus atletas.

Considero a Miguel como una persona de buen cáracter, comprometido con sus atletas. Su trayectoria en el atletismo habla por si solo demostrando su ética y su profesionalismo.

Quedo a su disposición para cualquier información adicional que sea necesaria.


Atentamente,

Maribel Acevedo

Madre de Maritza Velázquez, atleta

███████

To Whom It May Concern:

Good morning. I wish to express my thoughts regarding the character of Miguel Angel Garcia Lopez, whom I know both as an athletics coach and as a person.

As a coach, Miguel has distinguished himself through his commitment, discipline, and dedication to the development of his athletes. His approach goes beyond athletic performance. He teaches values such as responsibility, perseverance, respect, and teamwork. He has always shown dedication to the physical and emotional well-being of his athletes and has promoted a safe and disciplined environment.

On a personal level, Miguel is an upright, respectful, and empathetic person. He is always willing to help others and has had a positive impact on both the youth and their parents by providing guidance and support. His conduct reflects the values he teaches and how he lives his life.

In the four years that I have known him, I have never observed any behavior that contradicts the values he teaches. He has proven to be responsible, trustworthy, strict, and very aware of the impact he has on his athletes' lives.

I consider Miguel to be a person of good character and deeply committed to his athletes. His trajectory in athletics speaks for itself, demonstrating his ethics and professionalism.

I remain available for any additional information you may require.

**Sincerely,**
Maribel Acevedo
Mother of Maritza Velázquez, athlete
(Tel. redacted)

Diciembre 17, 2025

A quien pueda interesar:

Mi nombre es Stephanie López Rojas Vecina del pueblo de Carolina, soy madre de 3 hijas entre las edades de 4, 10 y 15 años, las cuales practican el deporte de atletismo desde pequeño. Ambas han entrenado con el entrenador Miguel A. López García. En lo que a mi respecta, nunca he tenido ninguna situación de ningún tipo con el. Ni he tenido que trabajar ninguna situación donde lo involucre directa o indirectamente.

Conozco a miguel hace 7 años Siempre a sido respetuoso, responsable me ayudado mucho al Crecimiento de elles como atletas es bien Profesional ahora mismo mis hijas Si no es Con el no quieren practicar. El tenia los lunes tenia una dinamica de llevar la palabra a les atletas y motivacion hacia ellas siempre a sido un ejemplo a seguir y de admirar estoy sumamente confame Con el trabajo que a echo por su profesionalismo, respeto y amor por lo que hace.

Stephanie López Rojas

December 17, 2025

To Whom It May Concern:

My name is Stephanie López Rojas. I am a resident of the town of Carolina and the mother of three children aged 4, 10, and 15, all of whom have practiced athletics from a young age. Both have trained under coach Miguel A. Lopez Garcia.

As far as my experience with him, I have never encountered any inappropriate situation of any kind with him, nor has there ever been anything that could suggest any such situation, whether directly or indirectly.

I have known Miguel for 7 years. He has always been respectful, responsible, and has helped greatly in the development of my children as athletes. He is very professional. Even with my children, if they didn't want to practice, he would conduct a weekly session to motivate them, teach them, and guide them. He has always been an example to follow and of commitment. I am completely confident in the work he has done due to his professionalism, respect, and love for what he does.

*S/signature*
Stephanie López Rojas